# Court of Appeals
# of the State of Georgia

ATLANTA,  April 27, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1812. AUSTIN EUGENE SPARGO v. THE STATE.**

Austin Spargo filed this direct appeal from the trial court's order revoking his probation. However, appeals from probation revocation orders must be made by application for discretionary appeal, and compliance with the discretionary appeals procedure is jurisdictional. See OCGA § 5-6-35(a)(5); *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021); *Jones v. State*, 322 Ga. App. 269, 269 n.2 (745 SE2d 1) (2013). Thus, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  04/27/2026

　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*